UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 26-00919 |
| Vivians Restaurant Inc. ) | |
| ) | Hon. Michael B. Slade |
| Debtor/Debtor-in-Possession. ) | |
| ) | Subchapter V Chapter 11 |

## APPLICATION TO REQUEST EMERGENCY HEARING TO USE CASH COLLATERAL

Vivians Restaurant Inc.., an Illinois corporation, debtor/debtor-in-possession herein ("Debtor"), by and through its attorneys makes its Application to Request Emergency Hearing for its Motion to Use Cash Collateral (the "Motion"), pursuant to Local Rule 9013-2 and Rule 9011 of the Federal Bankruptcy Rules.

1. On January 20, 2026, the Debtor filed its voluntary petition for relief (the "Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

3. The Debtor operates a operates a full-service restaurant known as Bluestone, specializing in American cuisine and is located at 1932 Central Street, Evanston, Illinois from premises owned by another related chapter 11 debtor, 1932 LLC.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Sections 157(b)(2)(A), (M) and (O).

6. The statutory predicates are Rule 9013-2 of the Local Rules of this Court and Rule 9011 of the Federal Rules of Bankruptcy Procedure.

7. By this Application, the Debtor requests that this Court grant the Debtor's request for an emergency hearing on shortened notice for the Motion, so that the Debtor may use cash collateral to pay its employees, purchase inventory, pay for insurance and other necessary expenditures for its ongoing business without interruption.

8. The Debtor is requesting that these Motions be heard on January 26, 2026, at 9:30 a.m.[1]

9. Attached hereto as **Exhibit A** is the Rule 9011 Certification of Scott R. Clar, certifying that the Debtor's request for an emergency hearing on shortened notice is justified. Attached hereto as **Exhibit B** is the Motion.

WHEREFORE, Vivians Restaurant Inc.., prays for the entry of an Order granting its request for an emergency hearing on shortened notice in connection with the Debtor's Motion for Authority to Use Cash Collateral.

Respectfully submitted,

VIVIANS RESTAURANT INC.

By:  /s/ Scott R. Clar
        One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar   (Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com

---

[1] The Debtor is one of six (6) related entities that filed for Chapter 11 relief on January 20, 2026. The other related entities are: Firehouse Grill Inc..; 7452 N. Western Ave., Inc.;; Josephines Restaurant Inc.; Station Two LLC; and 1932 Central LLC. All of the foregoing debtors and the Debtor are owned by George Patrick Fowler.