## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| JUDGE | Michael B. Slade | Case No. | 26 B 00919 |
|---|---|---|---|
| DATE | 1/21/2026 | Adversary No. | |
| CASE TITLE | Vivians Restaurant Inc. | | |
| TITLE OF ORDER | Order Granting Application to Set Hearing on Emergency Motion [Re: Docket No. 8] | | |

**DOCKET ENTRY TEXT**

Order Granting Application to Set Hearing on Emergency Motion [Docket No. 8]

### STATEMENT

This matter came before the court on the application to set a hearing on the emergency motion filed by the Debtor.

IT IS ORDERED:

The application to set hearing on emergency motion is granted.

The motion must be filed and noticed for presentment on Monday, January 26, 2026, at 9:30 AM before Judge Slade in courtroom 642. Parties may attend in person or remotely using the Zoom for Government platform. The Zoom Meeting ID is 160 817 7512 and the passcode is 623389. Notice of hearing on the emergency motion must comply with Local Bankruptcy Rule 9013-2E.

ENTERED:

Michael B. Slade
United States Bankruptcy Judge