VIVIAN'S RESTAURANT INC.

STATEMENT OF OPERATIONS

Vivian's Restaurant Inc. ("Debtor") is an Illinois corporation which operates a restaurant known as Bluestone, located at 1932 Central Street Evanston, IL, from premises owned by another related chapter 11 debtor, 1932 LLC.  George Patrick Fowler is the sole shareholder and president of the Debtor.

The Debtor operates a full-service restaurant servicing American style cuisine. Similar to the other related operating entities, 7452 N. Western Inc., Vivian's Inc. and Firehouse Grill, Inc., the Debtor filed its Chapter 11 case due to increased costs, pos-Covid effects and high interest, frequent payment loans to merchant cash advance creditors.

The Debtor is one of six related entities simultaneously filing chapter 11 cases, including Firehouse. The Debtor intends to move for joint administration of the cases ,and possibly substantive consolidation, due to common ownership, common creditors and multiple intercompany transactions.  Fowler is either the sole owner or member of all of the cases, or, in the case of Firehouse is 90% owner.  The related entities are as follows:

1.   Firehouse Grill Inc.

2    Station Two, LLC

3.   Josephines Restaurant Inc.

4.   1932 Central LLC

5.   7452 N. Western Inc.