**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) No. 26-00903 |
| Firehouse Grill, Inc., *et al.*, | ) Jointly Administered |
| | ) Hon. Michael B. Slade |
| Debtors. | ) |

**SECTION 1188(c) REPORT FOR JOINTLY ADMINISTERED
SUBCHAPTER V CHAPTER 11 CASES (7452 N. WESTERN AVENUE, INC.,
VIVIANS RESTAURANT INC., AND JOSEPHINES RESTAURANT, INC.)**

Pursuant to Section 1188(c), the Debtors/Debtors in Possession, 7452 N. Western Inc. ("7452"), Vivans Restaurant, Inc. ("Vivians") and Josephines Restaurant Inc. ("Josephines"), by their attorneys, Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman, report on the status of the cases and the efforts that they have undertaken and will undertake to attempt to obtain a consensual plan of reorganization.

1.      7452, Vivians and Josephines (collectively "Debtors") filed for relief under Subchapter V, Chapter 11 on January 20, 2026 (the "Petition Date").

2.      Since the Petition Date, the Debtors have been operating their businesses and managing their financial affairs as debtors in possession.

3.      The Debtors have filed schedules and statement of financial affairs, and have consulted with Matthew Brash, the Subchapter V trustee appointed in the Debtors' chapter 11 cases.

4.      The Debtors are one of six related entities which simultaneously filed Chapter 11 cases.  The related entities consist of the three Debtors, Firehouse Grill Inc., a non-Sub V Chapter 11 debtor, and two (2) single asset real estate entities from which Vivians and Firehouse Grill, Inc. operate, 1932 Central LLC and Station Two LLC.

5.     7452 operates a full-service restaurant known as Candelite Restaurant and is located at 7452 N. Western Avenue, Chicago, Illinois.

6.     Vivians operates a full-service restaurant at 1932 Central Street, Evanston, Illinois.

7.     Josephines functions as a take-out pizza and other food entity located at 4012 N. Golf Road, Skokie, Illinois.

8.     The Debtors are all owned and controlled by George Patrick Fowler.

9.     Since the Petition Date, the Debtors have entered into two (2) consensual cash collateral orders, and are preparing to discuss a consensual plan of reorganization with the subchapter V trustee and the Debtors' major secured creditors once the Debtors have several monthly operating reports on file, so that the Debtors can determine from their cash flow the likely terms and distributions of their plans of reorganization.

Respectfully submitted,

VIVIANS RESTAURANT, INC.
JOSEPHINES RESTAURANT, INC.
7452 N. WESTERN AVE., INC.

By:    /s/Scott R. Clar
        One of Their Attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 South LaSalle Street, Suite 3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com